December 4, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00027-CV

**NICHOLAS KREINES, DAVID P. RYAN, LIBERTY MINERAL PARTNERS LLC, NAK RESOURCES INC., AND CGR OIL AND GAS, LLC, Appellant**

V.

**ES3 MINERALS, LLC, Appellee**

This cause, an appeal from the judgment in favor of appellee, ES3 Minerals, LLC, signed April 7, 2025, was heard on the appellate record. We have inspected the record and find partial error in the judgment. We therefore order the judgment of the court below **AFFIRMED** in part and **REVERSED** in part and **REMANDED** for proceedings in accordance with this court's opinion.

We further order that the parties shall pay their own costs incurred by reason of this appeal.

We further order this decision certified below for observance.

Judgment Rendered December 4, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.